JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDIKIBA GREENWOOD,<br><br>        Petitioner,<br><br>        vs.<br><br>FRED FOULK, Acting Warden,<br><br>        Respondent. | Case No. EDCV 11-0958-MMM (DTB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 14, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1